**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Joseph MARSHALL, also known as Slim, also known as John Doe,**
**Defendant–Appellant.**

**No. 05–30243.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided March 27, 2006.

William P. Gibbens, William J. Quinlan, Jr., U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Roma A. Kent, Assistant Federal Public Defender, Virginia Laughlin Schlueter, Federal Public Defender, Robin Elise Schulberg, Federal Public Defender's Office Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before KING, WIENER, and DeMOSS, Circuit Judges.

---

**344**

PER CURIAM: *

The Federal Public Defender appointed to represent Eric Joseph Marshall has filed a motion to withdraw and brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief, Marshall's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Marshall's "Motion for Withdrawal of Anders Brief and Appellate Counsel" is DENIED.

Gaines H. Cleveland, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Mississippi, Gulfport, MS, Julie Ann Epps, Canton, MS, for Defendant–Appellant.

Before JONES Chief Judge, and HIGGINBOTHAM, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

